Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:10−bk−29771−CPM

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose R. Arguelles
    5204 Coversound Way
    Apollo Beach, FL 33572

Social Security No.:
    xxx−xx−8371

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                    BY THE COURT

                    _____
Dated: April 11, 2011         Catherine Peek McEwen
                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                             Middle District of Florida
In re:                                                               Case No. 10-29771-CPM
Jose R. Arguelles                                                    Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113A-8          User: balamn                Page 1 of 2         Date Rcvd: Apr 11, 2011
                              Form ID: B18                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db           +Jose R. Arguelles,    5204 Coversound Way,    Apollo Beach, FL 33572-3328
cr            The Bank of New York,    P.O. Box 25018,    Tampa, FL 33622-5018
cr           +US Bank National Association,    Law Offices Of Daniel C. Consuegra,    c/o Daniel C. Consuegra,
               9204 King Palm Drive,    Tampa, FL 33619-1328
19601184     +AmeriCare Ambulance Sev.,    11301 U.S. Hwy 92 East,    Seffner, FL 33584-3350
19601183     +American Coradius Int LL,    2420 Sweet Home Rd.,    Suite 150,    Amherst, NY 14228-2244
19601185     +Andreu, Palma & Andreu,,    701 SW 27th Avenue,    Suite 900,    Miami, FL 33135-3000
19601190     +Consolidated Recovery Gr,    425 West 5th Avenue,    Suite 103,    Escondido, CA 92025-4843
19601193     +DHG-East Busch,    5101 E. Busch Blvd.,    Suite 13,    Tampa, FL 33617-5380
19601191     +David J. Stern, P.A.,    900 S. Pine Island Rd,    Suite 400,    Plantation, FL 33324-3920
19601192     +David Michael Carr PA,    501 N. Morgan St.,    Suite 203,    Tampa, FL 33602-3906
19601182     +Duro R. Oguntebi, DDS,    110 N. Armenia Ave. #B,    Tampa, FL 33609-2377
19601195     +Florida Default Law Grou,    P.O. Box 25018,    Tampa, FL 33622-5018
19601196     +GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
19601198     +HRRG,    P.O. Box 189053,    Plantation, FL 33318-9053
19601197     +Household Finance,    P.O. Box 3425,    Buffalo, NY 14240-3425
19601199     +I.C. System, Inc.,    P.O. Box 64378,    St. Paul, MN 55164-0378
19601200     +Inphynet Contracting Ser,    P.O. Box 740022,    Cincinnati, OH 45274-0022
19601203     +Litton Loan Servicing,    4828 Loop Central,    Huston, TX 77081-2166
19635734      Litton Loan Servicing LP,    P.O. Box 829009,    Dallas, TX 75382-9009
19601181     +Merchants Association,    Collection Division, Inc,    P.O. Box 972,    Tampa, FL 33601-0972
19601204     +Mirabay Homeowners Ass,    3434 Colwell Ave.,    Suite 200,    Tampa, FL 33614-8390
19601205     +N. D. Castellano, M.D.,    306 S. Macdill Ave.,    Tampa, FL 33609-3142
19605615     +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
19601206     +Paragon Way Inc.,    7500 Rialto Blvd,    Bldg 1 Suite 100,    Austin, TX 78735-8531
19601207     +Pentagroup Financial,    P.O. Box 742209,    Houston, TX 77274-2209
19601209     +Radiology Associates of,    P.O. Box 31265,    Tampa, FL 33631-3265
19601210     +Redline Recovery Service,    11675 Rainwater Dr.,    Suite 350,    Alpharetta, GA 30009-8693
19601211     +Stephens & Michaels Ass,    P.O. Box 109,    Salem, NH 03079-0109
19601212     +Tampa General Hospital,    P.O. Box 550407,    Tampa, FL 33655-0407
19713854      U.S. Bank N, A.,    c/o Josh D. Donnelly, Esquire,    9204 King Palm Drive,    Tampa, Fl  33619-1328
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19601186     +EDI: RMSC.COM Apr 11 2011 23:23:00      Brandsource/MCCBG,    P.O. Box 981439,
               El Paso, TX 79998-1439
19601187     +E-mail/Text: jraichel@cms-collect.com Apr 12 2011 00:50:52      Capital Management Serv.,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1494
19601188     +EDI: CHASE.COM Apr 11 2011 23:23:00      Chase/Bank One Card,    P.O. Box 15298,
               Wilmington, DE 19850-5298
19601189     +EDI: CITICORP.COM Apr 11 2011 23:23:00      Citibank CBSD NA,    701 E  60th St N,
               Sioux Falls, SD 57104-0493
19601194     +EDI: DISCOVER.COM Apr 11 2011 23:23:00      Discover Fin Svcs LLC,    P.O. Box 15316,
               Wilmington, DE 19850-5316
19601201     +EDI: IRS.COM Apr 11 2011 23:23:00      Internal Revenue Service,    Philadelphia CIO,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
19601208     +EDI: PHINPINN.COM Apr 11 2011 23:23:00      Pinnacle Credit Services,    P.O. Box 640,
               Hopkins, MN 55343-0640
19601213     +EDI: URSI.COM Apr 11 2011 23:23:00      United Recovery Systems,,    P.O. Box 722910,
               Houston, TX 77272-2910
19601214     +EDI: FUNB.COM Apr 11 2011 23:23:00      Wachovia Bank NA,    Bankruptcy Dept. VA 7359,
               P. O. Box 13765,    Roanake, VA 24037-3765
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Litton Loan Servicing LP,    P.O. Box 829009,    Dallas, TX  75382-9009
19601202    ##+Leonard J. Mankin,    28050 U.S. 19 North,    Suite 100,    Clearwater, FL 33761-2600
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 113A-8           User: balamn              Page 2 of 2              Date Rcvd: Apr 11, 2011
                               Form ID: B18              Total Noticed: 39

                     ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                          **Signature:**   _/s/ Joseph Speetjens_